IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**RONALD PALMER HEATH,**

    Petitioner,

v.                                                          CASE NO. 1:09cv148/MCR

**WALTER A. McNEIL,**
Secretary, Florida
Department of Corrections, et al,

    Respondents.
_____/

### ORDER REQUIRING ANSWER

    This matter is before the Court on Petitioner Ronald Palmer Heath's petition for a writ of habeas corpus.  (Doc. 1).  Petitioner is a death-sentenced inmate currently incarcerated in a Florida state prison.

    Respondent shall file an answer to the petition in compliance with Rule 5 of the Rules Governing §2254 Cases.  Petitioner will then be authorized to file a reply to Respondent's answer.  Upon receipt of Respondent's answer and Petitioner's reply, the Court will review the file to determine whether an evidentiary hearing is necessary or appropriate.  If it is determined that an evidentiary hearing is not required, the Court will dispose of the petition as justice requires pursuant to Rule 8(a) of the Rules Governing §2254 Cases.

    Accordingly, it is hereby ORDERED:

    1.    The Clerk is directed to furnish copies of the petition along with a copy of this order to Respondent and the Attorney General of the State of Florida.

    2.    Respondent shall have forty-five (45) days from the date this order is entered on the docket in which to file an answer as directed by this order.

3. Petitioner shall have thirty (30) days from the date of the filing of Respondent's answer to file a reply.

DONE and ORDERED this 1st day of July, 2009.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No.: 1:09cv148/MCR