IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RONALD PALMER HEATH,

    Petitioner,

v.                                    CASE NO.: 1:09cv148/MCR

WALTER A. McNEIL,
        Secretary, Florida
        Department of Corrections,

et al,

    Respondents.
_____/

## O R D E R

    Before the court is Petitioner's *pro se* emergency motion to disqualify (dismiss) counsel and for other miscellaneous relief. (Doc. 23). Respondents have filed a response to this emergency motion. (Doc. 25). Also pending is Respondent's motion for summary judgment (doc. 14) alleging that Petitioner's petition for a writ of habeas corpus (doc. 1) is untimely and should be dismissed as time-barred. Petitioner, by and through counsel, has filed a response to the motion for summary judgment. (Doc. 19).

    The court notes that Petitioner has failed to allege sufficiently the factual basis for his *pro se* emergency motion to disqualify (dismiss) counsel. Therefore, Petitioner is instructed to file an amended motion alleging with specificity his entitlement to the extraordinary remedy of equitable tolling, including (1) that he has been pursuing his rights diligently, and (2) that some extraordinary circumstance stood in his way and prevented timely filing. See Lawrence v. Florida, 549 U.S. 327, 336, 127 S. Ct. 1079, 1085, 166 L. Ed. 2d 924 (2007). Petitioner is also advised to set forth any conduct of his attorney, Mr. Robert Harper, that he believes caused his pending petition for a writ of habeas corpus to be untimely filed.

Accordingly, it is ORDERED:

1.  Petitioner shall have thirty (30) days from the date this order is entered on the docket in which to file an amended motion as directed by this order.

2.  Respondents shall have twenty (20) days from the date of the filing of Petitioner's amended motion to file a reply.

**DONE and ORDERED** this 27th day of October, 2009.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**