**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**RONALD PALMER HEATH,**

      **Petitioner,**

**vs.**                                               **Case No. 1:09cv148-MCR**

**WALTER A. McNEIL, Secretary,
Florida Department of Corrections,**

      **Respondent.**

_____/

**O R D E R**

      Upon further consideration, it is **ORDERED** that the parties shall file post-hearing memoranda within ten days after <u>Holland v. Florida</u>, S.Ct. Case No. 09-5327, is decided and the opinion becomes available. If <u>Holland v. Florida</u> is not decided by June 30, 2010, however, the memoranda are due by Monday, July 12, 2010, without the benefit of the <u>Holland</u> decision.

      **DONE AND ORDERED** on May 5, 2010.

                                **s/ William C. Sherrill, Jr.**
                                **WILLIAM C. SHERRILL, JR.
UNITED STATES MAGISTRATE JUDGE**